PHILLIP A. TALBERT
Acting United States Attorney
TALHA M. KHAN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:16-CR-00116-EFB |
| | ) |
| Plaintiff, | ) STIPULATION AND [~~Proposed~~] ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| | ) DATE:  August 22, 2016 |
| GREGORY VANZANT, | ) TIME:   2:00 p.m. |
| | ) JUDGE: Hon. Edmund F. Brennan |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

The United States and defendant Gregory Vanzant, by and through his undersigned attorney, hereby stipulate and request that the status conference currently set for August 22, 2016 at 2:00 p.m. be continued to October 3, 2016 at 10:00 a.m.

Additionally, the parties request that time from August 22, 2016 to October 3, 2016 be excluded from the calculation of time under the Speedy Trial Act.  Both parties need additional time to review discovery both for the purposes of plea negotiations as well as for effective preparation for trial.  For the purpose of computing time under the Speedy Trial Act, within which trial must commence, the time period of August 22, 2016 to October 3, 2016, inclusive, is

1  deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A)& (B)(iv) and
2  Local Code T4 for reasonable time for effective preparation. The ends
3  of justice served by a continuance as requested outweigh the best
4  interest of the public and the defendant in a speedy trial.  Nothing
5  in this stipulation shall preclude a finding that other provisions of
6  the Speedy Trial Act dictate that additional time periods are
7  excludable from the time period within which trial must commence.

DATED: August 16, 2016          PHILLIP A. TALBERT
                                Acting United States Attorney

                          By:     /s/ Talha M. Khan
                                TALHA M. KHAN
                                Special Assistant U.S. Attorney

DATED: August 16, 2016

                          By:     /s/ Hendrick S. Crowell II
                                HENDRICK S. CROWELL II
                                Counsel for Defendant

2

ORDER

It is hereby ordered that the status conference presently set for August 22, 2016 at 2:00 p.m. be continued to October 3, 2016 at 10:00 a.m.  The time from August 22, 2016 to October 3, 2016 shall be excluded from the calculation of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)& (B)(iv) and Local Code T4. The Court finds that the ends of justice served by a continuance as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

DATED:  August 17, 2016

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3