Hendrick S. Crowell, II SBN 215900
CROWELL LAW OFFICES
1510 J Street Suite 230
Sacramento, CA 95814
Telephone: (916) 303-2800
Facsimile: (916) 303-2802

Attorney for Defendant
Gregory Vanzant

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>GREGORY VANZANT,<br><br>　　　　　　　　Defendant | CASE NO. 2:16-cr-00116-CKD<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING [PROPOSED] FINDINGS AND ORDER** |

## STIPULATION

Defendant Gregory Vanzant, by and through his counsel of record, and plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

By this stipulation, defendant now moves to continue the judgment and sentencing hearing to July 27, 2017 at 9:30AM. The government does not object to the continuance.

　　1.　The parties agree and stipulate to the following disclosure schedule:

　　　　a.　Judgment and Sentencing Date: July 27, 2017 at 9:30.

IT IS SO STIPULATED.

DATED:　　　July 12, 2017

　　　　　　　　　　　　　　　/s/ Robert Artuz
　　　　　　　　　　　　　　　ROBERT ARTUZ
　　　　　　　　　　　　　　　Assistant United States Attorney

1

DATED: July 12, 2017

/s/ Hendrick S. Crowell II
HENDRICK CROWELL II
Counsel for Defendant

# **O R D E R**

IT IS SO FOUND AND ORDERED this 12th day of July, 2017.

/s/Carolyn K. Delaney                .
UNITED STATES MAGISTRATE JUDGE
CAROLYN K. DELANEY